# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 3:08CR19 (PCD) |
| v. : | |
| : | DECEMBER 21, 2009 |
| ROBERT PACE : | |

## DEFENDANT'S MOTION FOR
## EARLY TERMINATION OF SUPERVISED RELEASE

The Defendant, ROBERT PACE, respectfully moves this Court for an early termination of his period of supervised release.

In support of this Motion, defendant states the following grounds:

1. On January 28, 2008, Robert Pace pled guilty in front of the Honorable Peter C. Dorsey, Senior U.S.D.J., to a single-count Information in docket number 3:08CR19(PCD), charging him with Sale of a Firearm To A Convicted Felon, in violation of 18 U.S.C. § 922(d).

2. On January 26, 2009, Mr. Pace was sentenced by this Court to a sentence of time served and a two year period of supervised release.

3. Mr. Pace has been supervised by United States Probation Officer Keith Barry since his sentencing date and has been in full compliance with all terms and conditions set by the Court.

4. Supervisory Assistant United States Attorney Mike Gustafson has no objection to this request. United States Probation Officer Keith Barry has no objection to this request.

WHEREFORE, Mr. Pace requests that this Motion be granted.

THE DEFENDANT
ROBERT PACE

By   /s/
FRANK J. RICCIO II
LAW OFFICES OF FRANK J. RICCIO LLC
923 EAST MAIN STREET
PO BOX 491
BRIDGEPORT, CT 06601
FED NO. 00148
(203) 333-6135 (phone)
(203) 333-6190 (fax)
fricciojd@aol.com (email)
www.ricciolaw.com (site)

## **CERTIFICATION**

I hereby certify that on December 21, 2009, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A copy was also emailed to Keith Barry, United States Probation Officer, at the following email address: Keith_Barry@ctp.uscourts.gov.

By   /s/
FRANK J. RICCIO II
LAW OFFICES OF FRANK J. RICCIO LLC